BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>LSL GENERAL BUILDING CONTRACTOR, INC., A California Corporation,<br><br>Defendant. | No.   09-01097 JSW<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANGEMENT CONFERENCE; (PROPOSED) ORDER** |

**TO:   THE CLERK OF THE COURT AND DEFENDANT LSL GENERAL BUILDING CONTRACTOR, INC., A California Corporation:**

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial case management conference scheduled for June 19, 2009 be continued for 90 days.

Despite numerous attempts, Plaintiffs have not been able to successfully serve Defendant in this matter. Plaintiffs request that the Case Management Conference be continued for 90 days so that Plaintiffs may attempt to locate Defendant and serve them with the Complaint.

1  The above stated facts are set forth in the accompanying declaration of Concepción E.
2  Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference,
3  filed herewith.

5  Dated: June 10, 2009

6                                     WEINBERG, ROGER & ROSENFELD
                                   A Professional Corporation

8                                     By:   //s//
                                          CONCEPCIÓN E. LOZANO-BATISTA
9                                            Attorneys for Plaintiff

## ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the case management conference for ninety days. In addition, the Court Orders:

The case management conference is CONTINUED to September 25, 2009 at 1:30 p.m.  Joint case management statement due by September 18, 2009.

DATED:  June 12, 2009

_____
HONORABLE JEFFREY S. WHITE
**JUDGE OF THE DISTRICT COURT**

120451/533787

---

- 2 -

Ex Parte Application for Continuance of Case Management Conference; (Proposed) Order
Case No. 09-01097 JSW

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001